

# Office of the Attorney General

| | | |
|---|---|---|
| **Governor**<br>Mark Gordon | Criminal Division<br>109 State Capitol<br>Cheyenne, Wyoming  82002 | |
| **Interim Attorney General**<br>Ryan Schelhaas | 307-777-7977 Telephone<br>307-777-5034 Fax | **Division Deputy**<br>Jenny L. Craig |

June 25, 2025

Christopher M. Wolpert
Clerk, United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    **Delivery: Electronic Filing**
    RE: *Green Room, LLC, et. al., v. State of Wyoming, et. al.* 24-8053 & 24-8054

Dear Mr. Wolpert,

  Please accept this letter as a notice of supplemental authority under Federal Rule of Appellate Procedure 28(j). On June 24, 2025, the United States Court of Appeals for the Eighth Circuit issued its opinion in *Bio Gen LLC v. Sanders*, – F.4th –, 2025 WL 1740322 (June 24, 2025). The court concluded the district court improperly granted the plaintiffs' request for a preliminary injunction. The preliminary injunction enjoined Arkansas Act 629, which made much of Arkansas's previously legal hemp industry illegal. The court explained that the act is not conflict preempted by the Agriculture Improvement Act of 2018 (2018 Farm Bill), and that terms found in the act, such as "synthetic substance" and "psychoactive substances," are not unconstitutionally vague. (*5). Although the Appellees in the case before this Court maintain that the district court's order denying the temporary restraining order is moot, this case may be helpful if this Court determines the merits of whether the district court abused its discretion in denying the temporary restraining order. (Appellees' Br. at 44-47; Appellants' Br. at 8-27, 41).

  Further, while the district court ultimately dismissed this matter for failure to state a claim, Appellants assert the district court erred in dismissing the complaint because the 2018 Farm Bill preempts Wyoming law and Wyoming's law, which includes the terms "synthetic substance" and "psychoactive substance," is unconstitutionally vague. (*See* Appellants' Br. at 8-24, 31-36). Given

that similar arguments were considered in *Bio Gen LLC*, the case may be helpful in determining whether the district court acted appropriately in this matter.

                                             Sincerely,

                                             Jenny L. Craig
                                             Deputy Attorney General

cc.: Donna D. Domonkos, Brittany Thorpe – Counsel for Appellants