UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

**October 27, 2025**

**Christopher M. Wolpert
Clerk of Court**

GREEN ROOM LLC; JB
DEVELOPMENT INC., d/b/a Polyxtracts;
CIND'S CBD AND VAPE LLC;
MOUNTAIN HIGH WELLNESS LLC;
UP N SMOKE II LLC, d/b/a Up N Smoke
II; GREYBULL RIVER FARMS LLC; DR
CHRONICS CONCENTRATES LLC,
d/b/a Dr Chronics Concentrates and Vapes;
CAPITOL ENTERPRISES LLC, d/b/a
Capitol Botanicals; FLOWER CASTLE
ELEVATED WELLNESS LLC; PLATTE
ENTERPRISES LLC, d/b/a Platte Hemp
Company LLC; MINDY FLINT,

    Plaintiffs - Appellants,

v.

STATE OF WYOMING; WYOMING
GOVERNOR, a/k/a Mark Gordon;
WYOMING ATTORNEY GENERAL,
a/k/a Bridget Hill; WYOMING
DEPARTMENT OF AGRICULTURE
DIRECTOR, a/k/a Doug Miyamoto,

    Defendants - Appellees,

and

ALBANY COUNTY DISTRICT
ATTORNEY, in his official capacity,
Edward Kurt Britzius; BIG HORN
COUNTY DISTRICT ATTORNEY, in her
official capacity, a/k/a Marcia Bean;
CAMPBELL COUNTY DISTRICT
ATTORNEY, in his official capacity, a/k/a
Nathan Henkes; CARBON COUNTY
DISTRICT ATTORNEY, in her official

Nos. 24-8053 & 24-8054
(D.C. No. 2:24-CV-00128-KHR)
(D. Wyo.)

capacity, a/k/a Sarah Harkins; CONVERSE COUNTY DISTRICT ATTORNEY, In his individual capacity, a/k/a Quentin Richardson; CROOK COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Joseph M Baron; FREMONT COUNTY DISTRICT ATTORNEY, in his official capacity, Patrick LeBrun; GOSHEN COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Eric Boyer; HOT SPRINGS COUNTY DISTRICT ATTORNEY, in her official capacity, a/k/a Jill Logan; JOHNSON COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Tucker Ruby; LINCOLN COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Spencer Allred; NIOBRARA COUNTY DISTRICT ATTORNEY, in her official capacity, a/k/a Anne Wasserburger; PARK COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Brian Skoric; PLATTE COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Douglas W Weaver; SHERIDAN COUNTY DISTRICT ATTORNEY, in her official capacity, a/k/a Dianna Bennett; SUBLETTE COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Clayton Melinkovich; SWEETWATER COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Daniel Erramouspe; TETON COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Erin Weisman; UINTA COUNTY DISTRICT ATTORNEY, in her official capacity, a/k/a Loretta Rae Howieson; WASHAKIE COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Anthony Barton; WESTON COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Michael Stulken; LARAMIE COUNTY DISTRICT

ATTORNEY, in her official capacity, a/k/a Sylvia Miller Hackl; NATRONA COUNTY DISTRICT ATTORNEY, in his official capacity, a/k/a Dan Itzen,

Defendants.

---

**JUDGMENT**

---

Before **HARTZ**, **McHUGH**, and **MORITZ**, Circuit Judges.

---

These cases originated in the District of Wyoming and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk